# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

__Derrick Burton__, )
PLAINTIFF )
*[Type or print your name on the line above]* )
)
v. )
)
__Ryan ONeill__, )
DEFENDANT )
*[Type or print only the name of the first* )
*person you are suing. List everyone you* )
*are suing on page 2.]* )

Cause No. __3:08CV 173 WL__

*[Leave this blank, the clerk will supply the cause number when your case is received.]*

**FILED 2008 APR -7 PM 12:26**

## PRISONER COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. **PLAINTIFF** *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. __Derrick__  __Charles__  __Burton__  __261573__
   Name: First   Middle   Last   Offender Number

2. Where are you being held: __St Joesph county Jail 401 W. Sample St__
   *[name the prison or jail where you are incarcerated]*

3. What is the address: __401 W. Sample St. South Bend, In 46601__

4. Did the things that you are suing about happen in the place listed above:

   ☐ YES, it happened here in the same facility I am being held at today.

   ☒ NO, it happened at __1414 Van Buren St South Bend, In 46628 / At time of Arrest__

5. Did the things that you are now suing about, happen:

   ☒ before you were confined, or

   ☐ when you were confined awaiting trial, or

   ☐ after conviction while confined serving a sentence.

(Revised March 2002)

B. DEFENDANT(S) How many defendants are you suing: __2__

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, <u>number</u> them.]

| # | Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|---|
| 1. | Ryan ONeill | Patrolman / South Bend Police Dept | 701 W. Sample St |
| 2. | Nowak (First name unknown) | Captain / South Bend Police Dept | 701 W. Sample St |

## II. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?

☐ YES   ☒ NO

B. If yes, did you file a grievance about the things you are suing about?

☐ YES [Attach the response from the final step of the grievance process.]

☒ NO [Explain why you did not file a grievance.] _____

_____
_____
_____
_____

## III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation. **Number your paragraphs.**

1. I Derrick Burton do hereby charge (officer Ryan Oneill-2061) with racial motivated police brutality and gross missuse of force.

2. On that day at 2:54am on Jan 1, 2008 (officer Ryan ONeill) responded to a domestic disturbance call at 1414 Van Buren St. were. I Derrick Burton came in contact with him (officer Ryan Oneill).

3. Upon hearing the police crusier arrive. I Derrick Burton went outside onto the porch to speak to him (officer Ryan Oneill) And explain my side of the domestic problem He was responding to. The complainant followed out behind me and started yelling accusations regarding me.

4. At that point officer Ryan Oneill said stop: Show me your hands. At this time I raised my hands when my hands were even with my head and my elbows were even with my chest Officer Ryan Oneill tazered me twice in my chest on the left side, under my heart Just below the left elbows location at that time.

**Cause(s) of Action with Supporting Facts (continued)**

5. When I fell to the ground officer Ryan Oneill walked up and Stomped on my right hand with his left foot and drove his right knee into my back. Then he proceded to handcuff me. After a moment when I was able to speak I asked what I did wrong.

6. His reply was, what do you think you did you stupid nigger, then he put the tazer to the back of my neck and tazered me unconscious.

7. Medical Records will show the damage I sustained, And the tazer marks as I described them. And the doctor said it looked like a dog got hold of my hand. At no time in officer Ryan Oneill report does he mention the damage he inflicted on my right hand.

8. In officer Ryan Oneill report he said he Tazered me once in the back while my hands were in my pockets By the medical report it will show I was tazed twice in the front on the left side were if as Officer Ryan Oneill States my hands were in my pockets. This would be physically impossible because my arm would cover these Spots.

9. The medical report shows that officer Ryan Oneill report is a complete work of fiction.

10. As that Captain Nowak is officer Ryan Oneill direct Supervisor he is there for responsible for the conduct of the patrolman under his Supervision. And is there for also named in this complaint, for negligence.

11. I further name the South Bend police Department for there lack of training and Supervision of there police Officers.

CC: South Bend, clerk of courts
A.C.L.U.
N.A.A.C.P.

*Derrick Burton*

4

## IV. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint? ☒ NO    ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____

Judge: _____ Docket Number: _____

Date filed: _____ Date closed: _____

## V. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

**NOTE: A lawsuit filed on this form <u>cannot</u> restore good time, expunge your record or get you released from custody.** For this type of relief, you must file a Habeas Corpus case under 28 U.S.C. § 2254.

Do to officer Ryan Oneill's (Badge #2061 of the South Bend police) Blatant disregard for my civil rights and his vicious racially motivated attack on me (Derrick Burton) an Captain Nowak's failure to supervise the patrolman under him and entire South Bend police department for allowing the poorly trained armed men to roam the streets unsupervised. Therefore I'm ask the court to grant me, Five million (5,000,000.00) in Damages

*Derrick Burton*

## VI. VERIFICATION AND SIGNATURE

**Initial Each Statement and Sign at the Bottom**

___√___ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

___√___ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

___√___ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

___√___ I have included full payment of the filing fee **OR** attached a properly completed prisoner petition to proceed *in forma pauperis* (available from the clerk) with a copy of my prison trust fund account statement for the six months preceding the filing of this case.

___√___ I agree to promptly notify the clerk of any change of address.

___√___ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

___√___ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this __1__ day of __Feb_____, 20_08_.

_____Dekkieh Burks_____
Your Signature

Mail all of these papers to:   South Bend Division Clerk's Office
                               204 S. Main Street
                               South Bend, IN 46601

# INMATE REQUEST FORM

Burton Derrick _____ 1/31/08 _____ 5/02 _____
**Inmate Name**                     **Date**          **Cell**

## REQUEST

_____ Barber Appointment

_____ Release of Property

_____ Chaplain

_____ Inmate Problem

_____ Commissary

_____ Inmate Programs

_____ Special Visit

_____ Other CAN I Get A Copy of my Medical Report to Add with my 1983 forms? I Also Need to MAKe A Copy of my Police Report I Have Here. Please CAll Me Down IN Person. "Please"! I'm Ready to file!

## OFFICER DISPOSITION

Route to Barber

Route to Property Officer

Route to Chaplain

Route to Classification

Route to Commissary

Route to Chaplain

Route to Warden

PLEASE RELEASE THE ABOVE LISTED PROPERTY TO:
Name of person to pick up property_____
Signature of Inmate_____
Date of property release:_____ Signature:_____
Officer releasing property:_____

COMMENTS OR DISPOSITION OF OFFICER: Mr. Burton No Sir, that can be requested by the courts

OFFICER 1490         DATE: 1/31/08