UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| DERRICK BURTON, | ) | |
|---|---|---|
| Plaintiff, | ) | CAUSE NO. 3:08-CV- 173 WL |
| v. | ) | |
| RYAN O'NEILL, *et al.*, | ) | |
| Defendants. | ) | |

ORDER

This matter is before the Court *sua sponte*. While he was held at the St Joseph County Jail, Derrick Burton, a *pro se* prisoner, filed a complaint and motion for leave to proceed *in forma pauperis*. The Court granted the motion to proceed *in forma pauperis*. Recently, Mr. Burton filed a change of address (DE # 4) that indicates he is no longer at the jail.

Under 28 U.S.C. § 1915(b)(1), one who files a civil action or appeal while a prisoner must pay the full filing fee even if he is released. *Robbins v. Switzer*, 104 F.3d 895, 897 (7th Cir. 1997). To date the entire $350.00 filing fee remains unpaid. Before he can continue with this litigation, Mr. Burton must either pay that amount, or alternatively, 28 U.S.C. § 1915(b)(4) permits a former prisoner, who has paid the initial partial filing fee assessed under § 1915(b)(1) and any installment payments due under § 1915(b)(2), to be excused from further payments on the filing fee if he is destitute. *Robbins* at 898.

The Court waived the initial partial filing fee. However, Mr. Burton has made no installment payments since he filed the complaint on April 7, 2008. Therefore, if Mr. Burton seeks to have the balance of the filing fee waived, he must submit a non-prisoner *in forma pauperis* petition along with a copy of his inmate trust account ledger detailing his receipts for the months since he filed the complaint on April 7, 2008, and 20% of his income for those months in which he received $10.00

or more.

Therefore, the Court:

(1) **GRANTS** Derrick Burton to and including July 17, 2008, to either pay the remaining balance of $350.00 **OR** file a non-prisoner petition to proceed *in forma pauperis* along with a copy of his inmate trust account ledger and any installment payments that were due;

(2) **DIRECTS** the Clerk of this Court to include a blank copy of the non-prisoner *in forma pauperis* petition along with the copy of this order that is mailed to Derrick Burton; and

(3) **CAUTIONS** Derrick Burton that if he does not comply with this order, this case will be dismissed without prejudice and without further notice because the filing fee was not paid.

SO ORDERED.

ENTERED: June 24, 2008.

                                                    s/William C. Lee
                                                    William C. Lee, Judge
                                                    United States District Court