UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DERRICK BURTON, | ) |
|       Plaintiff, | ) |
| | ) CAUSE NO. 3:08-CV-173 WL |
| v. | ) |
| RYAN O'NEILL *et al.*, | ) |
|       Defendants. | ) |

## ORDER

Derrick Burton, a *pro se* prisoner, was granted (DE # 5) until July 17, 2008, to either pay the remaining balance of the $350.00 filing fee or file a non-prisoner petition to proceed *in forma pauperis*. The deadline has passed; but, he has done neither. The Court's order also cautioned Mr. Burton that if he did not respond by that deadline the case would be dismissed without further notice. Therefore, the Court **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

ENTERED: August 11, 2008.

                                                   s/William C. Lee
                                                   William C. Lee, Judge
                                                 United States District Court